UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                        Case No.  2:14-cr-84-FtM-38CM

LONNIE LEROY HICKS

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the United States' Motion for Forfeiture Money Judgment $76,204.00 against defendant Lonnie Leroy Hicks, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2.  Being fully advised in the premises, the Court finds as follows:

The defendant has pleaded and been adjudged guilty of stealing government funds, in violation of 18 U.S.C. § 641, as charged in Count One of the indictment; and

The United States has established that the defendant obtained $76,204.00 proceeds as a result of the offense of conviction, specifically Social Security funds intended for the support of his minor son, Christopher.

Accordingly, it is

**ORDERED** that for good cause shown, the motion of the United States is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C),   28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), defendant

Lonnie Leroy Hicks is personally liable to the United States of America for a forfeiture money judgment in the amount of $76,204.00, which represents the amount of proceeds he received as a result of the offense for which he has been adjudged guilty in Count One.

The Court retains jurisdiction to enter any further order necessary for the forfeiture and disposition of any property belonging to the defendant, which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), up to and including the amount of the $1,460,063.16 forfeiture money judgment, and to entertain any third party claim that may be asserted. .

**DONE** and **ORDERED** in Fort Myers, Florida, on 11th of February, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties/Counsel of Record