UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:14-cr-84-SPC-NPM

LONNIE LEROY HICKS

## ORDER[1]

Before the Court is the United States of America's Motion for a Final Order of Forfeiture for Substitute Asset for $76,204.00 in surplus funds resulting from the foreclosure sale of the defendant's residence on April 27, 2022, in satisfaction of the defendant's $76,204.00 order of forfeiture. (Doc. 46).

On August 3, 2022, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), the Court entered a preliminary order of forfeiture for the funds identified above.  (Doc. 42).

In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of the intent to dispose of the funds on the official government website, www.forfeiture.gov, beginning on September 16, 2022 and continuing through October 15, 2022.  (Doc. 43).  The publication gave notice to all third parties with a legal interest in the funds to file with the

---

[1] Disclaimer:  Papers hyperlinked to CM/ECF may be subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them.  The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

Office of the Clerk - United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901 - a petition to adjudicate their interests within 60 days of the first date of publication.

Other than the defendant, whose interest was previously forfeited to the United States, no one has filed a petition or claimed an interest in the funds, and the time for filing such petition has expired.

Accordingly, it is now

**ORDERED:**

1. The United States' Motion for Forfeiture (Doc. 46) is **GRANTED**.

2. Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), all right, title, and interest in the funds is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

3. Clear title to the funds is now vested in the United States of America.

4. The net proceeds from the forfeited funds have satisfied the defendant's forfeiture money judgment.

**DONE AND ORDERED** in Fort Myers, Florida on November 21, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record